UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Richard and Deborah Cook            Case No. 09-74841
                                                Chapter 7
        Debtors.                          Honorable Marci B McIvor
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

        The attached check in the amount of $ 511.37 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Extra Credit Union<br>c/o Butler, Butler & Rowse-Oberle PLLC<br>24525 Harper Ave. Ste. 2<br>St. Clair Shores, MI 48080 | 3 | $511.37 |

Dated: June 28, 2011                      /s/ Charles J. Taunt_____.
                                                   Charles J. Taunt, Trustee (P24589)
                                                   700 East Maple, 2nd Floor
                                                   Birmingham, MI 48009-6359
                                                   (248) 644-7800
                                                   Teetaunt@tauntlaw.com
                                                   P24589